IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIGHTSTYLES, LTD, by and through its bankruptcy trustee, LEON P. HALLER,<br>        Plaintiff<br><br>    v.<br><br>MARVIN LUMBER AND CEDAR COMPANY, d/b/a MARVIN WINDOWS AND DOORS<br>        Defendant | :<br>:<br>:  CIVIL NO. 1:13-CV-1510<br>:<br>:   (Judge Caldwell)<br>:<br>:<br>:<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 21st day of May, 2015, in connection with Marvin's motion for summary judgment, it is ordered that within fourteen (14) days of the date of this order LightStyles shall file the following missing excerpts from the Susan Marvin deposition: 112:22-117:3; 159:11-161:16; 226:12-231:1 and 252:19-254:20.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge